UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case No. 8:09-cv-532-T-30TBM

GB Enterprises Communications
Corporation,
    Defendant.
_____/

## JUDGMENT

This cause comes before the Court for consideration of the United States of America's Motion for Default Judgment (Dkt. No. 12). Having considered the motion, and being otherwise fully advised, it is

ORDERED, ADJUDGED, and DECREED:

(1) The United States of America's Motion for Default Judgment (Dkt. No. 12) is GRANTED. The Clerk is directed to enter default judgment against Defendant in the amount of $10,500.00 (ten thousand five hundred dollars);

(2) Interest from the date of judgment on the amount set forth above at the legal rate as prescribed by law until paid in full; and

///

(3) The Clerk is directed to close this case.

DONE AND ORDERED in Chambers in Tampa, Florida, this 24th day of March, 2010.

_____
JAMES S. MOODY, JR.
United States District Judge

Copies to:

E. Kenneth Stegeby
Assistant United States Attorney
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

Frankie J. Grover
1017 N Lake Parker Avenue
Lakeland, FL 33805

GB Enterprises Communications Corp.
1505 Dundee Road
Winter Haven, Florida 33884